FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR 20  PM 12: 48

CLERK
SO. DIST OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | INFORMATION |
| ) | CR 412-282 |
| AMANDA K. FORBES ) | |
| ) | |
| Defendant ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant **AMANDA K. FORBES** without prejudice.

SO ORDERED, this 20th day of April, 2018.

*G. R. Smith*
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA